IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____Civil_____ DIVISION

__Rachael M.E. Luckey__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Warren County Childrens Services__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Kirsten Stover
Laney Foster
Sara Neef
Amanda Myers
Sarah McMahon

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Rachael Michelle Eunice Luckey__
Name – Full Name Please – PRINT

__4405 Kenneth Ave__
Street Address

__Dayton Ohio 45414__
City, State and Zip Code

__(937) 344-8528__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Warren County Children Services
   Name - Full Name Please
   416 S East st. Lebanon, Oh. 45036
   Address: Street, City, State and Zip Code

2. Sara Neef
   416 S. East st. Lebanon, Oh. 45036

3. Kirsten Stover
   416 S. East st. Lebanon, Oh. 45036

4. Laney Foster
   416 S. East st. Lebanon, Oh. 45036

5. Amanda Myers
   400 Anderson st. Franklin Oh. 45005

6. Sarah McMahon
   500 Justice dr. Lebanon Oh. 45036

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section _____
  [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On January 3, 2020 defendant Warren County Children Services (W.C.C.S) received a referral regarding a concern for two minor children A.B. age 17 & Y.R. age 13 of plaintiff Rachael. Katherine Mullins (case worker) went to residents unannounced. Plaintiff Rachael invited Katherine (case worker) into her home & allowed her full access to home & children. Plaintiff Rachael disclosed that she had recently relapsed on methamphetamine & took the initiative to check herself into outpatient drug & mental health services at Talbert House. Plaintiff then asked if (W.C.C.S) would be able to help her access mental health services for her minor children. Katherine (case worker) said yes, & asked plaintiff Rachael if she would be interested in (START) program through (W.C.C.S)? Plaintiff Rachael accepted & began volunteer program on January 10, 2020.

Note: Plaintiff Rachael upon volunteering for services "Warren County Children Services" had no probable cause to initiate any court or further investigation there were No safety Concerns, No Abuse, No neglect & children were in a stable home with adequate care. On March 11, 2020 Plaintiff Rachael scheduled a meeting with Defendant Sara Neef (peer support personal) at 7:35am to notify her that Plaintiff & family were

(see attachments)

1 of -3-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

discontinuing (W.C.C.S) "START" program. After their meeting defendant Sara informed defendants Laney Foster (case worker), & Kirsten Stover (supervisor) who staffed an internal meeting & decided to initiate a court action, that day.

Defendants; Warren County Children Services, Laney Foster, (case worker) Kirsten Stover (supervisor), Sara Neef (peer support) contacted Defendants, Sarah McMahon (prosecutor) & Amanda Myers (police officer) with Franklin Police Department & Franklin City School Districts "resource officer", around 9:30am on March 11, 2020. All defendants named in complaint were acting "under color of state law". Defendants; Kirsten Stover, (supervisor) Laney Foster (case worker) Sara Neef (peer support) conspired with defendant Sarah McMahon (prosecutor) to file a complaint with Warren County Juvenile Court with baseless allegation which were false & misleading so they could Maliciously Prosecute Plaintiff & deprive her & her family of their First, Fourth, Fourteenth Amendment rights. After there decision to comence court action Defendants contacted Defendant Amanda Myers (officer) of Franklin Police Dept. Defendants told Amanda that they were in the process of filing a complaint to

(see attachments)

2 of 3

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

take plaintiffs two minor children A.B. & Y.R. & not to allow minor children to leave with their mother, that "W.C.C.S." would be their after the school was dismissed to collect the children. At 12:59pm on March 11, 2020 Plaintiff Rachael received a phone call from defendant Laney Foster. Laney (case worker) told Plaintiff the agency was taking her children out of their home. Plaintiff hung up & drove to her youngest childs school a few blocks away signed Y.R. out of school at 1:02pm & proceded outside to wait for her child. Defendant Amanda Myers (police officer) whom conspired with other defendants to deprive Plaintiff Rachael & children by engaging, planning, & performing a due proccess violation, 4th, 14th, & 1st Amendment rights violating by illegally seizing minor children without probable cause, exigent circumstances, or warrant by means of intimidation, coercion, due proccess, misconduct Excessive Force, & collaborated w/ other defendants to cover up Plaintiff Rachaels arrest & detention after Defendant Laney F. (case worker) Kirsten Stover, (supervisor) Sara Neef (peer support) & Sarah McMahon (prosecutor) called Lebanon Police Department alleging Plaintiff Rachael made threats towards W.C.C.S. personnel & allegedly stated Rochael was going to kill herself as well. (see attachments)

2 (3)

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

After defendant Amanda Myers used excessive force on me & my child. I saw four other officers from Franklin P.D. approaching me & officer Amanda. One officer with his hand on his gun "still in holster" until Defendant Amanda Myers raised her right arm to tell other officers to back up she had everything under control. Defendant told Plaintiff about she was there & stated W.C.C.S. made contact with her earlier & said the kids were NOT allowed to leave the school with me. Then defendent directed me to go to Warren County's Juvenile Court in Lebanon to see what was going on.

Defendant Amanda contacted other defendants to tell them, I went to pick up my child & at the school but she intercepted me.

Defendent Sarah McMahon then telephoned Juvenile court for an emergency ex-parte telephone order for temporary custody until shelter care hearing took place at 2:30 same day. Order granted after unreasonable seizure & excessive force had taken place. Plaintiff then drove to Juvenile court as instructed by Defendant Amanda Myer were Plaintiff was arrested & detained with charges for a menicing threat felony 5. & was detained never making it into Juv. court to dispute

4 of 3

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

W.C.C.S. allegations on complaint. Due process violation when after being released I filled motion with Juvenile court requesting a deprivation hearing & release of my children from shelter care but was denied & the violations continued by Warren County children services, & others not on complaint for over a year and a half. Defendant Laney Foster told my children they were not allowed to make contact with me. Went 2 weeks before I spoke to my children & over 100 day before I saw them.

I'm sorry about waiting tell last minute to file but on March 11, 2020 my entire life ended & I'm still mentally, physically & emotionally broken beyond what I'm able to be aware of anymore.

5-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| — | — | vs. | — |
| — | — | vs. | — |
| — | — | vs. | — |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want justice ⅋ for those to be held accountable ⅋ punished for there actions be made an example of so it wont continue..... I want to be compensated for the damage, suffering, deprivation, trauma ⅋ decline in my health ⅋ head. Compensatory damages, Punitive Damages.

I state under penalty of perjury that the foregoing is true and correct. Executed on this __11__ day of __March__, 20__22__.

_____
Signature of Plaintiff

-4-